IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM KENNEDY,

    Plaintiff,

  v.

WACHOVIA MORTGAGE; et al.,

    Defendants
_____/

No. C. 11-1357 MMC

**ORDER OF DISMISSAL**

    On August 11, 2011, the Court ordered plaintiff William Kennedy ("Kennedy") to show cause in writing, no later than August 26, 2011, why the instant action should not be dismissed on the ground that it is duplicative of a previously filed action, William Kennedy v. Wells Fargo, Case No. C 11-0675, which earlier action involves the same parties, claims, and factual allegations as does the instant action, and has progressed to the filing of two motions to dismiss and two amended complaints. No response to the Court's order has been filed.

    Accordingly, the above-titled action is hereby DISMISSED.

    **IT IS SO ORDERED.**

Dated: August 30, 2011

                                          MAXINE M. CHESNEY
                                          United States District Judge